**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 Subchapter V |
| | ) | Case No. 24-14326 |
| **MEGA ENTERTAINMENT GROUP II, LLC,** | ) | Honorable Jacqueline P. Cox |
| | ) | Motion Date: October 8, 2024 |
| Debtor and Debtor-In-Possession. | ) | Motion Time: 1:00 p.m. |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on October 8, 2024 at 1:00 p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett M. Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present **MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 345 AND 363 AUTHORIZING CONTINUED MAINTENANCE OF EXISTING BANK ACCOUNTS**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 273 2896 and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

| | |
|---|---|
| Robert R. Benjamin (ARDC #0170429)<br>GOLAN CHRISTIE TAGLIA LLP<br>Attorneys for the Debtor<br>70 W. Madison, Ste. 1500<br>Chicago, IL 60602<br>P: 312-263-2300<br>F: 312-263-0939<br>rrbenjamin@gct.law | MEGA ENTERTAINMENT GROUP II, LLC,<br>Debtor and Debtor-In-Possession,<br><br>By: */s Robert R. Benjamin*<br>     One of Its Attorneys |

## CERTIFICATE OF SERVICE

     I, Robert R. Benjamin, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on September 27, 2024.

                                                              /s/*Robert R. Benjamin*
                                                              Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for the Debtor
70 W. Madison, Ste. 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939

## SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604<br>Via CM/ECF | Mega Entertainment Group II, LLC<br>577 Waukegan Rd.<br>Northbrook, IL 60062<br>Via First-Class Mail |
| Ford Credit<br>c/o National Bankruptcy Service Center<br>P.O. Box 35911<br>Cleveland, OH 44135<br>Via First-Class Mail | Foster Bank<br>c/o Hope Bancorp, Inc., as successor in interest<br>Attn: Kevin S. Kim, President<br>3200 Wilshere Blvd., Suite 1400<br>Los Angeles, CA 90010<br>Via First-Class Mail |
| Foster Bank<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209<br>Via First-Class Mail | Foster Bank<br>c/o Cogency Global<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>Via First-Class Mail |
| U.S. Small Business Administration<br>CESC – COVID EIDL Service Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155<br>Via First-Class Mail | U.S. Small Business Administration<br>Disaster Loan Servicing Center<br>2 North 20th St., Suite 320<br>Birmingham, AL 35203<br>Via First-Class Mail |
| U.S. Small Business Administration<br>Office of Disaster Recovery & Resilience<br>Attn: Francisco Sanchez, Jr., Associate Administrator<br>409 3rd Street SW, Suite 6050<br>Washington, DC 20416<br>Via First-Class Mail | A-Z Sales Inc.<br>3717 N. Cicero Ave.<br>Chicago, IL 60641<br>Via First-Class Mail |
| Brookside Venture, LLC<br>Attn: Philip S. Marrone<br>564 S. Washington St., Suite 200<br>Naperville, IL 60540<br>Via First-Class Mail | Brookside Venture, LLC<br>c/o Engelberg & Smith<br>Attention: Burt W. Engelberg<br>20 North Clark Street, Suite 3000<br>Chicago, IL 60602<br>Via First-Class Mail |

Covered Affairs
2642 Haymond St.
River Grove, IL 60171
Via First-Class Mail

Ecolab
PO Box 70343
Chicago, IL 60673
Via First-Class Mail

Empire Tech, Inc.
4552 Opal Dr.
Hoffman Estates, IL 60192
Via First-Class Mail

Empire Cooler Service, Inc.
600 W. Jackson Blvd., Suite 700
Chicago, IL 60601
Via First-Class Mail

Gary Fishkin
1781 Tudor Lane, #302
Northbrook, IL 60062
Via First-Class Mail

Excel Plumbing
661 Glenn Ave.
Wheeling, IL 60090
Via First-Class Mail

NEKY Design
340 Melvin Drive, Unit 2
Northbrook, IL 60062
Via First-Class Mail

IM IT Inc.
2112 White Oak Drive
Northbrook, IL 60062
Via First-Class Mail

On Deck Capital, Inc.
c/o Zwicker & Associates, P.C.
80 Minuteman Rd.
Andover, MA 01810
Via First-Class Mail

MK&B Partners, LLC
c/o Blumenthal Law Group PC
161 N. Clark Street, Suite 1700
Chicago, IL 60601
Via First-Class Mail

Aleksandr Bekkerman
c/o William F. Sullivan & Associates
Attention: William F. Sullivan
2016 E. Euclid Avenue
Mt. Prospect, IL 60056
Via First-Class Mail

Oceanic Food Express
1768 Holly Ave.
Northbrook, IL 60062
Via First-Class Mail

Stateway Transportation Group LLC
c/o LaRose & Bosco, Ltd.
Attention: Joseph A. Bosco and Costa Diamond
1011 Lake Street, Suite 100
Oak Park, Illinois 60622
Via First-Class Mail

S&P Tax Solutions, LTD
1033 Skokie Blvd., Suite 330
Northbrook, IL 60062
Via First-Class Mail

Jessica Field
c/o LaRose & Bosco, Ltd.
Attention: Joseph A. Bosco and Costa Diamond
1011 Lake Street, Suite 100
Oak Park, Illinois 60622
Via First-Class Mail

LaRose & Bosco, Ltd.
Attn: Costa J. Diamond
1011 Lake Street, Suite 100
Oak Park, Illinois 60622
Via First-Class Mail

Robert P Handler
Commercial Recovery Associates, LLC
805 Greenwood Street
Evanston, IL 60201
Via CM/ECF

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) In Chapter 11 Subchapter V |
| | ) Case No. 24-14326 |
| **MEGA ENTERTAINMENT GROUP II, LLC,** | ) Honorable Jacqueline P. Cox |
| | ) Motion Date: October 8, 2024 |
| **Debtor and Debtor-In-Possession.** | ) Motion Time: 1:00 p.m. |

## MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 345 AND 363 AUTHORIZING CONTINUED MAINTENANCE OF EXISTING BANK ACCOUNTS

Debtor, MEGA ENTERTAINMENT GROUP II, LLC ("Debtor"), by and through its attorneys, Robert R. Benjamin, Derek D. Samz, Beverly A. Berneman, and Derrick D. Loving of Golan Christie Taglia LLP, moves this Court for an order, pursuant to §§ 105, 345 and 363 of Title 11 of the United States Code ("Bankruptcy Code") authorizing continued use of an existing bank account and in support thereof the Debtor represents as follows:

1. On September 27, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code.

2. No Subchapter V Trustee has been appointed as of the time of the filing of this Motion.

3. This Court has jurisdiction of this motion pursuant to 28 U.S.C. §§ 157 and 1134. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. The subject matter of this motion is a core proceeding pursuant to 28 U.S.C. § 157 § 157(b)(2).

4. The statutory predicates for the requested relief are §§ 105, 345 and 363 of the Bankruptcy Code.

5. Debtor is in the business of operating a restaurant and banquet hall

6. Debtor maintains two bank accounts at First American Bank, an operating account and a payroll account.

6

7. By this motion, Debtor seeks an order authorizing it to maintain these two bank accounts.

8. The Office of the United States Trustee has established certain operating guidelines for debtors-in-possession in order to supervise the administration of Chapter 11 cases. These guidelines require Chapter 11 debtors to, among other things, (a) close all existing bank accounts and open new debtor-in-possession bank accounts, (b) establish one debtor-in-possession account for all estate monies required for payment of taxes, including payroll taxes, (c) maintain a separate account for cash collateral; and (d) obtain checks for all debtor-in-possession accounts which bear the designation "Debtor-in-Possession", the bankruptcy case number and the type of account.

9. Debtor seeks waiver of the requirements that the bank accounts be closed and a new post-petition Debtor-in-Possession bank account be opened.

10. Debtor's successful operation relies upon its ability to deposit its revenue and pay its vendors and employees in a timely fashion. If enforced in this case, the requirements will cause enormous disruption in the Debtor's business. Debtor would be required to alter its point of sale system to deposit revenue in a different account. Delays in depositing revenue or processing payments to its vendors would materially affect Debtor's business operations and its ability to successfully restructure.

11. Accordingly, in order to avoid delays in payments to administrative creditors, to ensure as smooth a transition into Chapter 11 as possible with minimal disruption, and to aid in the Debtor's efforts to successfully restructure its business, it is important that the Debtor be permitted to continue to maintain its two existing accounts at First American Bank.

12. In sum, the Debtor requests that the existing accounts at First American Bank be deemed debtor-in-possession accounts and their maintenance and continued use, in the same manner and with the same account numbers, styles and document forms as those employed during the prepetition period, be authorized.

WHEREFORE, Debtor, MEGA ENTERTAINMENT GROUP II, LLC, respectfully requests that that this court enter an order:

(A) Authorizing continued maintenance of the two existing accounts at First American Bank; and

(B) For such other and further relief as this Court deems just and proper.

Dated: September 27, 2024                     Respectfully submitted,

                                              MEGA ENTERTAINMENT GROUP II, LLC,
                                              Debtor and Debtor-In-Possession,

                                              By: /s/*Robert R. Benjamin*
                                                       One of Its attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #6189418)
Derek D. Samz (ARDC #6290656)
Derrick D. Loving (ARDC #6346848)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for the Debtor
70 W. Madison, Ste. 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939
rrbenjamin@gct.law
baberneman@gct.law
ddsamz@gct.law
ddloving@gct.law